## Mucha, Appellant, v. Hepler.

Argued October 3, 1967. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused December 15, 1967.

*Charles E. Marker,* with him *Scales and Shaw,* for appellants.

*Avra N. Pershing, Jr.,* with him *Dom A. Meffe* and *Thomas K. Henderson,* for appellees.

OPINION PER CURIAM, November 14, 1967:

The Court being evenly divided, the order of the lower court is affirmed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.